# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DENNIS BROWN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civ. Action No. 3:19-CV-01537-E |
| § | |
| ALSEY REALTY, LP. AND § | |
| THE BRAUMAN GROUP, LLC § | |
| ELECTRONICS AMERICA, INC., § | |
| § | |
| Defendants. § | |

## ORDER

In its March 10, 2020 Order, the Court dismissed Plaintiff's claims without prejudice and granted Plaintiff leave to amend his pleadings **on or before March 31, 2020** (Doc. No. 13). The Court stated that if Plaintiff did not replead his claims by that deadline, the claims would be converted into dismissal with prejudice. Plaintiff failed to comply with the Court's order. Accordingly, the Court **DISMISSES with prejudice** Plaintiff's claims against Defendants in the above styled case.

**SO ORDERED**; signed April 24, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE